**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHEN DAVIS, individually and on behalf of all others similarly situated, | : : : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION NO. 1:12-CV-10647 |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | : : : |
| Defendants. | : : |

**STIPULATION AND ORDER OF DISMISSAL**
**WITH PREJUDICE**

The matters in difference in the above-entitled action having been amicably resolved by and between the parties, it is hereby stipulated and agreed that this action be and the same hereby is DISMISSED with prejudice and without costs against either party.

| | |
|---|---|
| Thomas P. Sobran<br>7 Evergreen Lane<br>Hingham, MA 02043<br>BBO# 471810<br>(781) 741-6075<br>tsobran@sobranlaw.com<br>*Attorney for Plaintiff*<br>*Stephen Davis* | James E. Sherry<br>Akin, Gump Strauss, Hauer & Feld LLP<br>1333 New Hampshire Ave., N.W.<br>Washington, DC  200136<br>BBO# 663603<br>(202) 887-4393<br>jsherry@akingump.com<br>*Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.* |
| By:  *Thomas P. Sobran*<br>      Thomas P. Sobran | By:  *James E. Sherry*<br>      James E. Sherry |

104149718 v3

**SO ORDERED** this _____ day of _____, 2013.

_____
HONORABLE GEORGE A. O'TOOLE
United States District Judge

<u>Certificate of Service</u>

     I certify that a copy of the above document entitled STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE was docketed through the Electronic Case Filing system on June 5, 2013.

                                          */s/ Thomas P. Sobran*
                                          Thomas P. Sobran